HAROLD HALVERSON, Respondent, *v.* 562 WEST 149TH ST. COR-
PORATION et al., Defendants, and RENROSE REALTY CORPORA-
TION, Defendant-Appellant.

Submitted March 8, 1943; decided March 11, 1943.

Motion for reargument and to amend the remittitur granted
to the extent that the remittitur will provide that a new trial
is granted with costs to abide the event.   (See 290 N. Y. 40.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. GORDON WHIT-
MAN, Appellant, against JOSEPH E. WILSON, as Warden of
Great Meadow Prison, Respondent.

Decided April 7, 1943.

On March 5, 1942, the Court of Appeals denied an applica-
tion by relator for leave to appeal from such order of affirmance
(287 N. Y. 856).

On April 7, 1943, the Court of Appeals, upon its own motion,
entered an order in part as follows:  " it appearing   *   *   *
that the case is one where appellant is not entitled to a writ
of habeas corpus under section 1231 of the Civil Practice Act;
and that an appeal from the order entered upon the decision
of the Appellate Division taken by the appellant as of right
must be dismissed;  *  *  *  Ordered, that said appeal be
and the same hereby is dismissed."